**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 26-1313**

---

In re: ROBERT CHRISTIANSEN,

      Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the District of South Carolina, at Columbia.  (3:17-cr-00677-MGL-1; 3:24-cv-07681-MGL)

---

Submitted:  July 23, 2026                              Decided:  July 28, 2026

---

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Petitions denied by unpublished per curiam opinion.

---

Robert Christiansen, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Christiansen petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has dismissed the motion as untimely. Accordingly, because the district court has recently decided Christiansen's case, we deny the mandamus petition as moot.

Christiansen has also filed a supplemental mandamus petition in which he seeks to challenge the validity of his criminal judgment. Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires." *Murphy-Brown*, 907 F.3d at 795 (citation modified).

The relief sought by Christiansen is not available by way of mandamus. Accordingly, we deny the supplemental petition for writ of mandamus.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITIONS DENIED*

2